# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:17-10080-STA |
| JUAN CARLOS MENDOZA, ) | |
| Defendant. ) | |

## ORDER ON CHANGE OF PLEA
## AND NOTICE OF SETTING

This cause came to be heard on April 9, 2018, Assistant United States Attorney, Victor Lee Ivy, appearing for the Government and the defendant, Juan Carlos Mendoza, appearing in person, and with counsel, Joseph Howell.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, SEPTEMBER 25, 2018 at 9:00 A.M., before Chief S. Thomas Anderson.**

Defendant is to remain on current bond.

**ENTERED** this the 9th day of April, 2018.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT