IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:17-cr-10080-STA |
| JUAN CARLOS MENDOZA, | ) |
| Defendant. | ) |

ORDER CONTINUING SENTENCING HEARING
AND NOTICE OF RESETTING

The Sentencing hearing date in this matter is currently set for November 30, 2018 before Chief Judge S. Thomas Anderson. The Sentencing date in the above styled matter is hereby reset to March 1, 2019 at 11:00AM before Chief Judge S. Thomas Anderson; Courtroom #1, 4th Floor, US Courthouse, Jackson, Tennessee.

Enter this the 30th day of November, 2018.

s/ S. Thomas Anderson
Chief United States District Court Judge