```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                      Eastern Division
```

UNITED STATES OF AMERICA

-vs-                                    Case No. 1:17-10080-STA

JUAN MENDOZA

### ORDER TO SURRENDER

Defendant, **Juan Mendoza**, having been sentenced in the above styled matter to the custody of the Bureau of Prisons, and having been granted leave by the court to report to the designated institution at his own expense, is hereby ordered to surrender himself to the Bureau of Prisons by reporting to: **FMC Forth Worth, 3150 Horton Road, Forth Worth, TX 76119,** no later than **Monday, July 29, 2019 by 12:00 Noon.**

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order **the defendant shall sign one copy of this Order in the proper space** below and return it to the Clerk of the Court in the enclosed stamped self-addressed envelope, acknowledging that he has received a copy of this Order, and that he will report as ordered to the facility named above.

IT IS SO ORDERED this the 10th day of June, 2019.


                              s/ S. Thomas Anderson
                              CHIEF U.S. DISTRICT COURT JUDGE

Juan Mendoza - 17-10080

**<u>ACKNOWLEDGMENT</u>**

I agree to report as directed in the above order and understand that if I fail to so report, I may be cited for contempt of court and if convicted, may be punished by imprisonment or fine or both.

Signed and acknowledged before me on _____.

_____        _____
Clerk/Deputy Clerk                    Defendant